429 A.2d 743

Commonwealth v. Darras, Appellant.

 Submitted March 31, 1978.
Robert E. Kerper, Jr., Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Affirmed.

SPAETH, J. concurred in the result.

JACOBS, Former P. J., did not participate in the decision or consideration of this case.